IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KELLYANN M. GOODMAN**                                                      **PLAINTIFF**

vs.                              **CASE NO.  4:14-cv-00504-JLH**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                   **DEFENDANT**


**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

   Comes now Plaintiff Kellyann M. Goodman and for her Motion to Enforce Settlement Agreement states and alleges:

   1.   That the parties agreed to the confidential settlement of Plaintiff's claims herein on or before October 9, 2014.

   2.   That Plaintiff tendered her executed Release and Settlement Agreement to Defendant on October 25, 2014.

   3.   That despite repeated demands; Defendant has failed to execute its Release and Settlement Agreement and tender settlement funds.

   4.   Plaintiff moves the Court to compel Defendant to execute its Release and Settlement Agreement and the immediate tender of settlement funds.

   5.   Plaintiff moves for her costs and attorney's fees in filing this motion.

Date:  November 11, 2014

        Respectfully submitted,


        By: /s/ J.R. Andrews_____
        Todd Wooten, Esq.   ABN 94034
        **Wooten Law Firm**
        2226 Cottondale Lane, Suite 210
        Little Rock, Arkansas 72202
        Telephone: (501) 218-6064
        todd@wootenlaw.net

        and

        J.R. Andrews, Esq.  ABN 92041
        Attorney at Law
        2014 Martha Drive
        Little Rock, Arkansas 72212
        (501) 680-3634
        jrandrewsatty@yahoo.com


        Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I, J.R. Andrews, hereby certify that on November 11, 2014, I electronically filed the foregoing pleading with the Clerk of the Court via the electronic filing system which shall send notification to all attorneys of record.

Kimberly Wood Tucker
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808
ktucker@wlj.com


        /s/ J.R. Andrews_____
        J.R. Andrews, Esq.