**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KELLYANN M. GOODMAN                                                                                    PLAINTIFF

v.                                            No. 4:14CV00504 JLH

PORTFOLIO RECOVERY
ASSOCIATES, LLC                                                                                         DEFENDANT

## **ORDER**

Plaintiff's motion to dismiss is GRANTED. Document #10. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE